**Order entered March 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00085-CV

## ANDRE W. WILLIAMS, SR., Appellant

## V.

## CITY OF RICHARDSON, SELF INSURED, Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-02050

### ORDER

On February 19, 2020, after receiving notice from court reporter Tenesa Shaw that appellant had not requested the reporter's record, we directed appellant to file written verification he had requested the record. Before the Court is a copy of appellant's February 21, 2020 letter to Ms. Shaw requesting the record. Accordingly, we **ORDER** Ms. Shaw to file the reporter's record no later than April 1, 2020.  As appellant has filed in the trial court a statement of inability to afford payment of court costs, and nothing in the record reflects the trial court has ordered

him to pay costs, the record shall be filed without payment of the reporter's fees.

*See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Shaw and the parties.

/s/     BILL WHITEHILL
JUSTICE